# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Larry James Washington,<br><br>    Plaintiff<br>v.<br><br>Jill Jacoby,<br><br>    Defendant | Case No. 2:18-cv-00653-JAD-DJA<br><br>**Order Adopting Report and Recommendation and Dismissing Case with Prejudice**<br><br>[ECF No. 3] |

Pro se plaintiff and Nevada state-prison inmate Larry James Washington brings this civil-rights complaint alleging that the court reporter in his 2012 state-court prosecution violated his constitutional rights by removing or omitting portions of transcripts of court hearings in which the judge coerced and intimidated Washington into taking a plea deal. Magistrate Judge Hoffman has screened Washington's complaint and recommends that I dismiss this case because it was filed well after the statute of limitations expired and Washington's claims are barred by the rule in *Heck v. Humphrey*, 512 U.S. 477 (1994).[1] The deadline for objections to that recommendation passed without objection or a request to extend the deadline to object. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 3] is ADOPTED** in full;

IT IS FURTHER ORDERED THAT **this case is DISMISSED with prejudice.**

---

[1] ECF No. 8.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

The Clerk of Court is directed to CLOSE THIS CASE.

Dated: August 7, 2019

_____
U.S. District Judge Jennifer A. Dorsey